UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RACHEL PERLSTEIN,
          Plaintiff,

v.

TRANSUNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC, and BANK
OF AMERICA, N.A.,
          Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 2381 (VB)

      The Court has been advised that plaintiff and defendant Equifax Information Services, LLC, have settled this matter. (Doc. # 23). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Equifax Information Services, LLC, only</u>, without costs, and without prejudice to the right to restore the action against defendant Equifax Information Services, LLC, to the Court's calendar, provided the application to restore the action is made by no later than July 11, 2022. To be clear, any application to restore the action against Equifax Information Services, LLC, must be filed by July 11, 2022, and any application to restore the action against Equifax Information Services, LLC, filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate Equifax Information Services, LLC, as a defendant in this case.

Dated: May 12, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge