UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RACHEL PERLSTEIN,
     Plaintiff,

v.

TRANSUNION, LLC and BANK OF
AMERICA, N.A.,
     Defendants.

------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 2381 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/23/22

   The Court has been advised that plaintiff and defendant Trans Union, LLC, have settled this matter.  (Doc. # 35).  Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Trans Union, LLC, only</u>, without costs, and without prejudice to the right to restore the action against defendant Trans Union, LLC, to the Court's calendar, provided the application to restore the action is made by no later than August 22, 2022.  To be clear, any application to restore the action against Trans Union, LLC, must be filed by August 22, 2022, and any application to restore the action against Trans Union, LLC, filed thereafter may be denied solely on the basis that it is untimely.

   The Clerk is instructed to terminate Trans Union, LLC, as a defendant in this case.

Dated: June 23, 2022
   White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge