UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RACHEL PERLSTEIN,                              :
              Plaintiff,                    :
                                            :       **ORDER OF DISMISSAL**
v.                                             :
                                            :       22 CV 2381 (VB)
BANK OF AMERICA, N.A.,                         :
             Defendant.                    :
                                            :
--------------------------------------------------------------x

      The Court has been advised that plaintiff and defendant Bank of America, N.A., the sole remaining defendant in this matter, have settled.  (Doc. # 37).  Accordingly, it is hereby ORDERED that this action is dismissed, without costs, and without prejudice to the right to restore the action against defendant to the Court's calendar, provided the application to restore the action against defendant is made by no later than August 23, 2022.  To be clear, any application to restore the action against defendant must be filed by August 23, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled.  Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated:  June 24, 2022
        White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge